IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the Use and Benefit of THE DEWITT-TILTON GROUP, INC.; and THE DEWITT-TILTON GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WINDAMIR DEVELOPMENT, INC.; and BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION NO.: 4:21-cv-240 |

**O R D E R**

Before the Court is a "Joint Stipulation of Dismissal With Prejudice," signed and filed by counsel for Plaintiffs and counsel for Defendants, in which the parties advise that they stipulate to the dismissal with prejudice of this action, including all claims asserted by Plaintiffs in the Complaint and all claims asserted by Defendant in the Counterclaim with each party to bear its own attorneys' fees and costs. (Doc. 54.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 21st day of July, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA